DAVID R. OWENS, State Bar No. 180829
dowens@owenstarabichi.com
BRUNO W. TARABICHI, State Bar No. 215129
btarabichi@owenstarabichi.com
OWENS TARABICHI, LLP
111 N. Market Street, Suite 730
San Jose, California 95113
Tel: (408) 298-8200
Fax: (408) 521-2203
Attorneys for Plaintiff
Clip Ventures, LLC

EDWARD F. McHALE (*pro hac vice*)
BRIAN M. TAILLON (*pro hac vice*)
McHALE & SLAVIN, P.A.
2855 PGA Boulevard
Palm Beach Gardens, Florida 33410
Tel.:   (561) 625-6575
Fax:    (561) 625-6572
E-mail: litigation@mchaleslavin.com

NEIL A. SMITH (SBN 63777)
ROPERS MAJESKI KOHN & BENTLEY, P.C.
50 West San Fernando Street, Suite 1400
San Jose, California 95113-2429
Tel:    (408) 287-6262
Fax:    (408) 918-4501
Email: nsmith@rmkb.com

Attorneys for Defendant
Suncast Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| CLIP VENTURES, LLC., a California Limited Liability Company<br><br>Plaintiff,<br><br>vs.<br><br>SUNCAST CORPORATION, an Illinois Corporation<br><br>Defendants. | Case No. 3:10-CV-04849-CRB<br><br>Judge: Hon. District Judge Charles R. Breyer<br>Date: March 11, 2011<br>Time: 10:00 a.m.<br>Courtroom 8, 19th Floor (San Francisco)<br>**ORDER**<br>~~**STIPULATION**~~ **EXTENDING DATE OF CASE MANAGEMENT CONFERENCE [Civil L.R. 6-2]**<br><br>[Proposed Order in the form of an endorsement is contained within] |

Plaintiff, CLIP VENTURES, LLC ("Plaintiff") and Defendant, SUNCAST CORPORATION ("Defendant"), by and through their respective counsel of record, hereby stipulate, pursuant to Civil L.R. 6-2, for an order extending the date for the Case Management Conference, as ordered by the court on January 26, 2011 (the Order setting Case Management Conference [Doc. 30-1]), as follows: The Case Management Conference shall be held before Judge Charles R. Breyer on Friday, March 11, 2011, at ~~9:00 A.M.~~ 10:00 a.m.

This Stipulation is supported by the accompanying Declaration of Edward F. McHale submitted in compliance with Civil L.R. 6-2(a).

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: January 28, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE



IT IS SO ORDERED
Judge Charles R. Breyer

DATED: January 28, 2011

Respectfully submitted,

McHALE & SLAVIN, P.A.

By: s/ Edward F. McHale
Edward F. McHale

Attorneys for Defendant
Suncast Corporation

OWENS TARABICHI, LLP

By: s/ Bruno W. Tarabichi
Bruno W. Tarabichi

Attorneys for Plaintiff
Clip Ventures, LLC